Max F. Utess, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except, McLennan, P. J., and Lambert, J., who dissented upon the authority of decision in same case on former appeal reported at 204 New York, 324.

Frank Moran, Respondent, v. Dake Drug Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of the City of Rochester to Acquire Certain Lands for the Opening of Hamburg Street, Situate in Said City. (In the Matter of the Award to Ellis Komenski.) — Appeal dismissed, without costs upon stipulation filed.

Herbert Odell, Respondent, v. Genesee Construction Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Arthur J. Thompson Company, Respondent, v. Seneca Dried Fruit Company, Appellant.— Judgment affirmed, with costs. All concurred.

Robert Russell, Respondent, v. The Ernest-Noeth Dairy Lunch Company, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the plaintiff, having settled with the owners of the building, cannot recover against the tenant, a joint tort feasor.

In the Matter of the Application of The City of Rochester, Respondent, to Acquire Certain Lands in Said City for the Opening and Widening of Frank Street. Otis Elevator Company, Appellant.— Confirmation of report of commissioners· modified so as to provide that the appellant shall be entitled to taxable costs as in an action, and as so modified affirmed, with the costs of this appeal to appellant. All concurred.

Milton G. Manwaring, an Infant, by Walter J. Manwaring, His Guardian ad Litem, Appellant, v. New York State Railways and The City of Rochester, Respondents.— Order affirmed, with costs. Held, that the plaintiff failed to establish actionable negligence against the defendants or either of them. All concurred.

Henry Williams, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury upon the question of plaintiff's freedom from contributory negligence is contrary to and against the weight of evidence. All concurred, except Kruse, J., who dissented.

Leslie G. Loomis and Another, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs.